

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2016

No. 04-16-00060-CV

Maria Jilma **URIBE** and Jose Carlos Uribe,
Appellants

v.

**CARRINGTON MORTGAGE SERVICES, LLC** on behalf of Deutsche Bank National Trust
Co., as Indenture Trustee for New Century Home Equity Loan Trust 2006-NC4 Asset-Backed
Pass-Through Certificates,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI18492
Honorable Dick Alcala, Judge Presiding

# O R D E R

This court granted Appellants' and Appellees' first and second joint motions for extensions of time to file Appellants' brief, and later abated the appeal for the parties to negotiate a settlement. *See* TEX. R. APP. P. 38.6(d). After the parties did not settle, we reinstated the appellate deadlines and set Appellants' brief due on September 22, 2016. On the brief's due date, the parties filed a third joint motion for extension of time to file their respective briefs.

The joint motion is GRANTED. Appellants' brief is due on October 24, 2016. **NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANTS' BRIEF WILL BE GRANTED.**

If Appellants fail to file their brief as ordered, this court may—*without further notice*—dismiss this appeal for want of prosecution. *See id.* R. 38.8(a)(1), 42.3(b).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2016.

_____
Keith E. Hottle, Clerk